**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1015**

In re:  CATHERINE DENISE RANDOLPH,


                    Petitioner.



Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Richard D. Bennett, District Judge.
(1:15-mc-00369)


Submitted:  February 16, 2017      Decided:  February 22, 2017


Before GREGORY, Chief Judge, DUNCAN, Circuit Judges, and HAMILTON,
Senior Circuit Judge.


Dismissed by unpublished per curiam opinion.


Catherine Denise Randolph, Petitioner Pro Se.


Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Catherine Denise Randolph appeals the district court's order returning her complaint because it was not in compliance with the prefiling injunction. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED